IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA J. HARRIS,

                        Plaintiff,

v.

NEVADA CORPORATION / MAC ALLEN
PARTNERSHIP and
ANDY their store manager,

                        Defendants.

ORDER

10-cv-690-slc

---

      This is a proposed civil action for monetary relief in which plaintiff Melissa Harris alleges that she was the victim of sexual harassment, retaliation and unlawful discrimination by her supervisor, defendant "Andy," at her employment at the McDonald's restaurant located at 2700 West Capital Drive in Milwaukee, Wisconsin. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff has one dependent. Her monthly income is $673, which makes her annual income $8076. Plaintiff's balance comes to $4376 after subtracting $3,700 for her dependent. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, she should be sure to write the case number shown above on her communication.

Entered this 12th day of November, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge